USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 09/23/2024

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

SEMOY LEGALL,

                      Plaintiff,

-against-

THE TRUSTEES OF COLUMBIA UNIVERSITY IN THE CITY OF NEW YORK,

                      Defendant.

**ORDER ADJOURNING INITIAL CASE MANAGEMENT CONFERENCE**

**24-CV-2339 (AT) (KHP)**

**KATHARINE H. PARKER, United States Magistrate Judge.**

      In light of this case having been reassigned to Magistrate Judge Robert W. Lehrburger on September 23, 2024 the Initial Case Management Conference currently scheduled for **October 1, 2024** is hereby adjourned *sine die*.

Dated: New York, New York
       September 23, 2024

                                    SO ORDERED.

                                    *Katharine H. Parker*
                                    _____
                                    KATHARINE H. PARKER
                                    United States Magistrate Judge